# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

()

| Case No. | CR 07-00621-RSWL | Date | July 17, 2008 |
|---|---|---|---|

Present: The Honorable    Ronald S.W. Lew, Senior United Stated District Judge

| Kelly Davis/Renee Fisher | Cindy Nirenburg | Cameron L. Schroeder |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| Defendant | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|
| Mario Rodriguez-Rangel | Anthony Eaglin | | x | | Elsa Vasquez |

**PROCEEDINGS:**　　　　**SENTENCING AND JUDGMENT**

_____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.　　__X__ Refer to separate Judgment Order.

_____ Imprisonment for __years/months__ on each of counts

_____ Count(s) _____ concurrent/consecutive to count(s) _____

_____ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.

　　　_____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

_____ Confined in jail-type institution for _____ to be served on consecutive days/weekends

　　　commencing _____

_____ years/months Supervised Release/Probation imposed on count(s) _____

　　　consecutive/concurrent to count(s) _____

　　　under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

　　　_____ Perform _____ hours of community service.

　　　_____ Serve _____ in a CCC/CTC.

　　　_____ Pay $_____ fine amounts & times determined by P/O.

　　　_____ Make $_____ restitution in amounts & times determined by P/O.

　　　_____ Participate in a program for treatment of narcotic/alcohol addiction.

　　　　　　Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to

　　　_____ the nearest P/O within 72 hours.

　　　_____ Other conditions:

_____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant does not have the ability to pay.

　　　　　　　　　　　　　per count, special assessment to the United States for a

_____ Pay    $_____ total of _____ $_____

_____ Imprisonment for __months/years__ and for a study pursuant to 18 USC _____

　　　with results to be furnished to the Court within __days/months__ whereupon the sentence shall be subject to

　　　modification.  This matter is set for further hearing on _____

_____ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

__X__ Defendant informed of right to appeal.

_____ ORDER sentencing transcript for Sentencing Commission.　　_____ Processed statement of reasons.

_____ Bond exonerated _____ upon surrender _____ upon service of _____

_____ Execution of sentence is stayed until 12 noon,

　　　at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

_____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

_____ Issued Remand/Release　　#_____

_____ Present bond to continue as bond on appeal.　　_____ Appeal bond set at $_____

__X__ Filed and distributed judgment.  ENTERED.

__X__ Other  Defendant's request for International transfer was denied.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　14

Initials of Deputy Clerk    KD/RF

cc: